JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JASON STANFORD, | ) NO. EDCV 08-1595-CJC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CDCR-N.K.S.P, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 14, 2010.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE